UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

**Crystal Bolduc**,

        Plaintiff,

v.

**Amazon.com Inc.**,

        Defendant.

Case No. 4:22-cv-615-ALM

## NOTICE OF APPEAL

Plaintiff Crystal Bolduc appeals to the United States Court of Appeals for the Fifth Circuit from the judgment entered on April 25, 2024 (ECF No. 34).

Respectfully submitted.

| | |
|---|---|
| Adam K. Mortara* | /s/ Jonathan F. Mitchell |
| Illinois Bar No. 6282005 | Jonathan F. Mitchell |
| Lawfair LLC | *Lead Attorney* |
| 125 South Wacker Drive, Suite 300 | Texas Bar No. 24075463 |
| Chicago, Illinois 60606 | Mitchell Law PLLC |
| (773) 750-7154 | 111 Congress Avenue, Suite 400 |
| adam@mortaralaw.com | Austin, Texas 78701 |
| | (512) 686-3940 (phone) |
| Gene P. Hamilton* | (512) 686-3941 (fax) |
| Virginia Bar No. 80434 | jonathan@mitchell.law |
| Vice-President and General Counsel | |
| America First Legal Foundation | |
| 300 Independence Avenue SE | |
| Washington, DC 20003 | |
| (202) 964-3721 | |
| gene.hamilton@aflegal.org | |

* admitted *pro hac vice*

Dated: April 26, 2024          *Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I certify that on April 26, 2024, I served this document through CM/ECF upon:

Angela C. Zambrano
Sidley Austin LLP
2021 McKinney Avenue, Suite 2000
Dallas, Texas 75201
(214) 981-3405 (phone)
angela.zambrano@sidley.com

Deron R. Dacus
Texas Bar No. 00790553
The Dacus Firm, P.C.
821 ESE Loop 323, Suite 430
Tyler, Texas 75701
903-705-1117 (phone)
903-581-2543 (fax)
ddacus@dacusfirm.com

*Counsel for Defendant*

 /s/ Jonathan F. Mitchell
Jonathan F. Mitchell
*Counsel for Plaintiff*