# MITCHELL LAW

Jonathan F. Mitchell
Mitchell Law PLLC
111 Congress Avenue, Suite 400
Austin, Texas 78701
(512) 686-3940 tel
(512) 686-3941 fax
jonathan@mitchell.law

June 21, 2024

Lyle W. Cayce
Clerk of Court
United States Court of Appeals for the Fifth Circuit
F. Edward Hebert Building
600 South Maestri Place
New Orleans, Louisiana 70130-3408

**Re:     Request for Level 1 (30-day) extension in *Bolduc v. Amazon.com*, No. 24-40292**

Dear Mr. Cayce:

Appellant Crystal Bolduc respectfully requests a Level 1 (30-day) extension to file her opening brief. This request is unopposed. The brief is currently due on Monday, July 1, 2024, and the requested extension will move the deadline to Wednesday, July 31, 2024.

Ms. Bolduc is requesting this extension because her counsel, Jonathan F. Mitchell, has had an exceptionally busy schedule over the past month that will make it difficult for him to complete the opening brief by July 1, 2024. Mr. Mitchell's responsibilities over the past month have included:

- A reply brief in support of a motion for judgment on the pleadings in *Fund Texas Choice v. Garza*, No. 1:22-cv-00859-RP (W.D. Tex.), which was filed on May 13, 2024.

- A reply brief in support of a motion for partial summary judgment in *Fund Texas Choice v. Garza*, No. 1:22-cv-00859-RP (W.D. Tex.), which was filed on May 13, 2024.

- A reply brief in support of a Rule 12(b)(1) motion to dismiss in *Fund Texas Choice v. Garza*, No. 1:22-cv-00859-RP (W.D. Tex.), which was filed on May 13, 2024.

- A reply brief in support of a petition for writ of mandamus in *In re Marcus Silva*, No. 24-0284 (SCOTEX), which was filed on May 16, 2024.

- A petition for review in *Weldon v. Lilith Fund for Reproductive Equity*, No. 24-0250 (SCOTEX), which was filed on May 22, 2024.

- Oral argument in *Buckle Bunnies Fund v. Maxwell*, No. 02-23-00103-CV (Tex. App.—Fort Worth), which was held on May 22, 2024.

- A reply brief in support of an MDL transfer motion in *In re Mark Lee Dickson*, No. 24-0329 (SCOTEX), which was filed on May 23, 2024.

- A reply brief in support of a motion to compel in *Fund Texas Choice v. Garza*, No. 1:22-cv-00859-RP (W.D. Tex.), which was filed on May 28, 2024.

- A motion for summary judgment in *Fund Texas Choice v. Garza*, No. 1:22-cv-00859-RP (W.D. Tex.), which was filed on May 31, 2024.

- A response to a motion for summary judgment in *Fund Texas Choice v. Garza*, No. 1:22-cv-00859-RP (W.D. Tex.), which was filed on May 31, 2024.

- A reply brief in support of another motion to compel in *Fund Texas Choice v. Garza*, No. 1:22-cv-00859-RP (W.D. Tex.), which was filed on May 31, 2024.

- Two reply briefs on the merits in *Texas Right to Life v. Van Stean*, No. 23-0468 (SCOTEX), which were filed on June 5, 2024.

- An opening appellate brief in *Fraternal Order of Police v. Township of Springfield*, No. 23-3165 (3rd. Cir.), which was filed on June 10, 2024.

- An answering appellate brief in *Torres v. Lummus*, No. 01-24-00023-CV (Tex. App.—Houston [1st Dist.]), which was filed on June 11, 2024.

- A reply brief in *Lowery v. Texas A&M University*, No. 23-20481 (5th Cir.), which was filed on June 14, 2024.

- A petition for panel rehearing in *Little v. Llano County*, No. 23-50224 (5th Cir.), which was filed on June 20, 2024.

- A petition for hearing en banc in *Little v. Llano County*, No. 23-50224 (5th Cir.), which was filed on June 20, 2024.

Counsel has not sought any previous extensions in this matter, and the request is unopposed. This extension is not being sought for purposes of delay, but so that counsel will have time to prepare a brief that will be helpful to this Court.

Thank you for considering this.

Sincerely,

*Jonathan F. Mitchell*

JONATHAN F. MITCHELL
Mitchell Law PLLC
*Counsel for Appellant Crystal Bolduc*

cc: All counsel (via CM/ECF)