# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

June 24, 2024

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

   No. 24-40292   Bolduc v. Amazon.com
                   USDC No. 4:22-CV-615

The court has granted an extension of time to and including July 31, 2024 for filing Appellant's brief in this case.

                         Sincerely,

                         LYLE W. CAYCE, Clerk

                         *Christina Rachal*
                         By: _____
                         Christina C. Rachal, Deputy Clerk
                         504-310-7651

Ms. Margaret Hope Allen
Mr. David William Carpenter
Mr. Deron Ray Dacus
Mr. Jonathan F. Mitchell
Mr. Adam K. Mortara
Mr. David O'Toole
Ms. Natali Wyson
Ms. Angela Christine Zambrano