# In the United States Court of Appeals for the Fifth Circuit

---

CRYSTAL BOLDUC,

*Plaintiff-Appellant,*

v.

AMAZON.COM,

*Defendant-Appellee.*

---

On Appeal from the United States District Court
for the Eastern District of Texas
Case No. 4:22-cv-00615-ALM

---

## UNOPPOSED MOTION FOR LEVEL 2 EXTENSION OF TIME TO FILE OPENING APPELLANT'S BRIEF

---

GENE P. HAMILTON
Vice-President and General Counsel
America First Legal Foundation
611 Pennsylvania Avenue SE, #231
Washington, DC 20003
(202) 964-3721
gene.hamilton@aflegal.org

JONATHAN F. MITCHELL
Mitchell Law PLLC
111 Congress Avenue, Suite 400
Austin, Texas 78701
(512) 686-3940 (phone)
(512) 686-3941 (fax)
jonathan@mitchell.law

*Counsel for Plaintiff-Appellant*

Appellant Crystal Bolduc respectfully requests a Level 2 extension of 30 days to file her opening appellate brief. The current deadline is Wednesday, July 31, 2024. The proposed extension, if granted, will move the deadline to Friday, August 30, 2024. This is the appellant's second request for an extension, and the motion is unopposed. The initial due date was July 1, 2024, and the clerk granted a Level 1 extension on July 31, 2024.

The appellant is requesting this additional extension of time because her attorney, Jonathan F. Mitchell, has an exceptionally busy schedule during the months of June and July that will make it difficult for him to complete the opening brief by July 31, 2024. Mr. Mitchell's responsibilities during these months include:

- Two reply briefs on the merits in *Texas Right to Life v. Van Stean*, No. 23-0468 (SCOTEX), which were filed on June 5, 2024.

- An opening appellate brief in *Fraternal Order of Police v. Township of Springfield*, No. 23-3165 (3rd. Cir.), which was filed on June 10, 2024.

- An answering appellate brief in *Torres v. Lummus*, No. 01-24-00023-CV (Tex. App.—Houston [1st Dist.]), which was filed on June 11, 2024.

- A reply brief in *Lowery v. Texas A&M University*, No. 23-20481 (5th Cir.), which was filed on June 14, 2024.

- A petition for panel rehearing in *Little v. Llano County*, No. 23-50224 (5th Cir.), which was filed on June 20, 2024.

- A petition for hearing en banc in *Little v. Llano County*, No. 23-50224 (5th Cir.), which was filed on June 20, 2024.

- A reply brief in support of a petition for review in *Weldon v. Lilith Fund for Reproductive Equity*, No. 24-0250 (SCOTEX), which was filed on June 23, 2024.

- A response to objections to declarations in *Fund Texas Choice v. Garza*, No. 1:22-cv-00859-RP (W.D. Tex.), which was filed on June 24, 2024.

- A response to a motion for leave to file an amicus curiae brief in *Fund Texas Choice v. Garza*, No. 1:22-cv-00859-RP (W.D. Tex.), which was filed on June 24, 2024.

- A motion for costs and attorney's fees in *Lilith Fund v. Dickson*, No. D-1-GN-20-003113 (Travis County), which was filed on June 24, 2024.

- A motion for costs and attorney's fees in *Afiya Center v. Dickson*, No. DC-20-08104) (Dallas County), and *Texas Equal Access Fund v. Dickson*, No. DC-20-08113 (Dallas County) (consolidated), which was filed on June 24, 2024.

- Responses to written discovery demands in *Stewart v. Texas Tech University Health Sciences Center*, No. 5:23-cv-00007-H (N.D. Tex.), which were served on July 7, 2024.

- An opening appellate brief in *San Antonio Family Ass'n v. City of San Antonio*, No. 04-24-00300-CV (Tex. App.—San Antonio), which was filed on July 11, 2024.

- A response to a motion for summary judgment in *Sargent v. School District of Philadelphia*, No. 2:22-cv-01509-CFK (E.D. Pa.), which was filed on July 12, 2024.

- A reply brief in support of a motion for summary judgment in *Fund Texas Choice v. Garza*, No. 1:22-cv-00859-RP (W.D. Tex.), which was filed on July 19, 2024.

- A response to a petition for review in *Texas Equal Access Fund v. Maxwell*, No. 24-0289 (SCOTEX), which is due on July 22, 2024.

- A reply brief in support of a motion for costs and attorney's fees in *Lilith Fund v. Dickson*, No. D-1-GN-20-003113 (Travis County), which is due on July 25, 2024.

- A reply brief in support of a motion for costs and attorney's fees in *Afiya Center v. Dickson*, No. DC-20-08104) (Dallas County), and *Texas Equal Access Fund v. Dickson*, No. DC-20-08113 (Dallas County) (consolidated), which is due on July 25, 2024.

- A hearing on a motion for costs and attorney's fees in *Lilith Fund v. Dickson*, No. D-1-GN-20-003113 (Travis County), which will be held on July 31, 2024.

- A hearing on a motion for costs and attorney's fees in *Afiya Center v. Dickson*, No. DC-20-08104) (Dallas County), and *Texas Equal Access Fund v. Dickson*, No. DC-20-08113 (Dallas County) (consolidated), which will be held on August 1, 2024.

- An opening en banc appellate brief in *Little v. Llano County*, No. 23-50224 (5th Cir.), which is due on August 2, 2024.

- A hearing on a motion for summary judgment in *Sargent v. School District of Philadelphia*, No. 2:22-cv-01509-CFK (E.D. Pa.), which will be held on August 2, 2024.

- A hearing on a TCPA motion and Rule 202 petition in *In re Collin Davis*, No. 31228 (Burleson County, Texas), which will be held on August 5, 2024.

Given Mr. Mitchell's responsibilities in these other cases, Ms. Bolduc believes that there is both a "substantial need" and "extraordinary" circumstances that justify a Level 2 extension under Fifth Circuit Rule 31.4.3.2.

This motion is not being offered for the purpose of delay, but so that counsel may prepare and submit a brief that will be helpful to this Court. We have conferred with counsel for the appellee and they are unopposed to this request.

## CONCLUSION

The unopposed motion for a Level 2 extension of time should be granted.

Respectfully submitted.

/s/ Jonathan F. Mitchell
JONATHAN F. MITCHELL
Mitchell Law PLLC
111 Congress Avenue, Suite 400
Austin, Texas 78701
(512) 686-3940 (phone)
(512) 686-3941 (fax)
jonathan@mitchell.law

Dated: July 20, 2024      *Counsel for Plaintiff-Appellant*

## CERTIFICATE OF CONFERENCE

I certify that I conferred with David R. Carpenter, counsel for the appellee, and he is unopposed to this motion.

/s/ Jonathan F. Mitchell
JONATHAN F. MITCHELL
*Counsel for Plaintiff-Appellant*

Dated: July 20, 2024

# CERTIFICATE OF COMPLIANCE

with type-volume limitation, typeface requirements,
and type-style requirements

1.  This motion complies with the type-volume limitation of Fed. R. App. P. 27(d)(2) because it contains 828 words, excluding the parts of the brief exempted by Fed. R. App. P. 32(f).

2.  This motion complies with the typeface and type-style requirements of Fed. R. App. P. 27(d)(1)(E), 32(a)(5), and Fed. R. App. P. 32(a)(6) because it uses Equity Text B 14-point type face throughout, and Equity Text B is a proportionally spaced typeface that includes serifs.


 /s/ Jonathan F. Mitchell 
JONATHAN F. MITCHELL
Dated: July 20, 2024                    *Counsel for Plaintiff-Appellant*

## CERTIFICATE OF ELECTRONIC COMPLIANCE

Counsel also certifies that on July 20, 2024, this brief was transmitted to Mr. Lyle W. Cayce, Clerk of the United States Court of Appeals for the Fifth Circuit, via the court's CM/ECF document filing system, https://ecf.ca5.uscourts.gov.

Counsel further certifies that: (1) required privacy redactions have been made, 5th Cir. R. 25.2.13; (2) the electronic submission is an exact copy of the paper document, 5th Cir. R. 25.2.1; and (3) the document has been scanned with the most recent version of VirusTotal and is free of viruses.

/s/ Jonathan F. Mitchell
JONATHAN F. MITCHELL
*Counsel for Plaintiff-Appellant*

## CERTIFICATE OF SERVICE

I certify that on July 20, 2024, this document was electronically filed with the clerk of the court for the U.S. Court of Appeals for the Fifth Circuit and served through CM/ECF upon:

David R. Carpenter
Sidley Austin LLP
350 South Grand Avenue
Los Angeles, California 90071
(213) 896-6679
drcarpenter@sidley.com

*Counsel for Defendant-Appellee*

/s/ Jonathan F. Mitchell
Jonathan F. Mitchell
*Counsel for Plaintiff-Appellant*