# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

July 22, 2024

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

   No. 24-40292   Bolduc v. Amazon.com
                  USDC No. 4:22-CV-615

The court has granted an extension of time to and including August 30, 2024 for filing appellant's brief in this case.

                        Sincerely,

                        LYLE W. CAYCE, Clerk

                        By: _____
                        Angelique B. Tardie, Deputy Clerk
                        504-310-7715

Ms. Margaret Hope Allen
Mr. David William Carpenter
Mr. Deron Ray Dacus
Mr. Jonathan F. Mitchell
Mr. Adam K. Mortara
Ms. Natali Wyson
Ms. Angela Christine Zambrano